# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **REALTIME DATA LLC,** | § § § § § § § § § § § | CIVIL ACTION NO. 6:17-CV-00198 |
| Plaintiff, | | |
| v. | | |
| **RIVERBED TECHNOLOGY, INC.,** | | |
| Defendant. | | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. The Report and Recommendation of the Magistrate Judge (Docket No. 37) recommending granting Riverbed Technology, Inc.'s ("Riverbed") Motion to Dismiss Realtime Data LLC's ("Realtime") Complaint for Improper Venue (Docket No. 27) has been presented for consideration. No objections to the Report and Recommendation were filed during the prescribed objection period.

The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Venue is not proper in this District. Therefore, the Court **ADOPTS** the Report and Recommendation of the United States Magistrate Judge as the findings and conclusions of this Court. Riverbed's Motion (Docket No. 27) is **GRANTED**. Realtime's complaint against Riverbed is hereby **DISMISSED WITHOUT PREJUDICE**.

**SIGNED this 17th day of October, 2017.**

                                                      ROBERT W. SCHROEDER III
                                                    UNITED STATES DISTRICT JUDGE